FILED

01/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0712

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0712

_____

IN RE THE MARRIAGE OF:

MARY-ELLEN CORREIA,

      Petitioner and Appellee

  and

BENNIDICT MAJELLA MURPHY,

      Respondent and Appellant.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jason Marks, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 17 2024